UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03354-SSS-PDx | Date | September 16, 2026 |
| Title | *Roberto Mejia v. Target Corporation, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On August 24, 2026, the Court issued an order directing Plaintiff to show cause, in writing, on or before 12:00 noon on September 7, 2026, why this action should not be dismissed for lack of prosecution with respect to Defendant Angelica Guzman. [Dkt. No. 14]. As of today's date, Plaintiff has not responded. Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case **WITHOUT PREJUDICE** for lack of prosecution with respect to Defendant Angelica Guzman. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**